In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00122-CV

                                                ______________________________

 

 

                        ESSENT PRMC, L.P., D/B/A PARIS
REGIONAL

MEDICAL CENTER AND D/B/A
R.A.C.E. FOR LIFE CENTER, Appellant

 

                                                                V.

 

                                              RAY BANKS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 62nd
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 77660

 

                                                                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            Essent
PRMC, L.P., d/b/a Paris Regional Medical Center and d/b/a R.A.C.E. for Life
Center, the sole appellant in this case, has filed a motion seeking to dismiss
its appeal.  Pursuant to Rule 42.1 of the
Texas Rules of Appellate Procedure, the motion is granted.  Tex. R.
App. P. 42.1.

            We
dismiss the appeal.

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          December
20, 2010

Date Decided:             December
21, 2010